NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**D&D GROUP PTY LTD., D&D TECHNOLOGIES PTY LTD., AND D&D TECHNOLOGIES (USA), INC.,**
*Plaintiffs-Appellants,*

v.

**NATIONWIDE INDUSTRIES, INC.,**
*Defendant-Appellee.*

2010-1430

Appeal from the United States District Court for the Southern District of California in case no. 08-CV-0236, Judge Michael M. Anello.

## ON MOTION

## ORDER

D&D Group Pty Ltd., D&D Technologies Pty Ltd., and D&D Technologies (USA), Inc., move for a 30-day extension of time, until December 19, 2010, to file its opening brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 2 4 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert D. Becker, Esq.
    George Russell McGuire, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 4 2010

JAN HORBALY
CLERK